CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

L. SCOTT KARLIN (SBN: 90605)
lsk@karlinlaw.com
DAVID E. KARLIN (SBN: 275905)
david@karlinlaw.com
THE KARLIN LAW FIRM LLP
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
Attorneys for Defendant
1240 Palmetto, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>1240 PALMETTO, LLC, a Nevada Limited Liability Company; and Does 1-10,<br><br>　　　　　Defendants. | Case No.: 2:18-CV-02541-ODW-AFM<br><br>**JOINT NOTICE OF SETTLEMENT** |

The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: August 13, 2018          CENTER FOR DISABILITY ACCESS


By: /s/ Phyl Grace
     Phyl Grace
     Attorneys for Plaintiff

Dated: August 13, 2018          THE KARLIN LAW FIRM LLP


By: /s/ David E. Karlin
     L. Scott Karlin
     David E. Karlin
     Attorneys for Defendant
     1240 Palmetto, LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to David E. Karlin, counsel for 1240 Palmetto, LLC, and that I have obtained Mr. Karlin's authorization to affix his electronic signature to this document.

Dated: August 13, 2018                 CENTER FOR DISABILITY ACCESS

                                        By: /s/ Phyl Grace
                                            Phyl Grace
                                            Attorney for Plaintiff