UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>                Plaintiff,<br><br>v.<br><br>1240 PALMETTO, LLC, a Nevada Limited Liability Company; and Does 1-10,<br><br>                Defendants. | ) Case No.: 2:18-CV-02541-ODW-AFM<br>)<br>) **ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

In light of the Notice of Settlement (ECF No. 13), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **by October 15, 2018**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

August 13, 2018

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**