# United States District Court
# Central District of California

| CHRIS LANGER, | Case № 2:18-CV-02541-ODW (AFM) |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| 1240 PALMETTO, LLC, A NEVADA LIMITED LIABILITY COMPANY; and DOES 1-10, | |
| Defendants. | |

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (ECF No. 15), hereby **DISMISSES WITH PREJUDICE** Plaintiff's Complaint in the above-entitled action. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

September 13, 2018

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**